# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| WILLIAM BRODBECK, | ) |
| | ) Case No. 1:21-cv-00652 |
| Plaintiff, | ) |
| | ) **DEFENDANT'S NOTICE OF** |
| v. | ) **REMOVAL** |
| | ) |
| MARYLAND MARKETSOURCE, INC., | ) (Removed from the Court of Common Pleas |
| | ) for Hamilton County, Ohio, Case No. |
| Defendant. | ) A2103127) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant Maryland MarketSource, Inc., through undersigned counsel, hereby removes the above-referenced case from the Court of Common Pleas for Hamilton County, Ohio to the United States District Court for the Southern District of Ohio. In support of this Notice of Removal, Defendant states the following:

### Background

1. On September 7, 2021 Plaintiff William Brodbeck commenced this action against Defendant in the Court of Common Pleas for Hamilton County, Ohio. The Complaint is captioned: William Brodbeck v. Maryland MarketSource, Inc., Case No. A 2103127.

2. Defendant was served with a Summons and a copy of the Complaint in this matter on September 14, 2021. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Defendant in the state court action are included with this Notice of Removal as Exhibit A.

3. This Notice of Removal is filed within thirty (30) days of the date Defendant received service of the Summons and Complaint and, therefore, is timely pursuant to 28 U.S.C. § 1446(b).

### Grounds for Removal – Federal Question Jurisdiction

4. Plaintiff's Complaint purports to assert claims of age discrimination in violation of Ohio Rev. Code § 4112, et seq. and the Age Discrimination in Employment Act of 1967 ("ADEA"), 29 U.S.C. § 634, et seq. (Compl. at Counts I and II, ¶¶ 56-86).

5. This action is removable pursuant to 28 U.S.C. § 1441(c) because it is within the original jurisdiction of this Court under 28 U.S.C. § 1331 in that it involves a claim arising under the laws of the United States; namely the ADEA.

6. Because Plaintiff's purported ADEA claim arises under the laws of the United States, this action is removable under 28 U.S.C. § 1441(a) – (c).

7. The Court may exercise supplemental jurisdiction over the state law claim brought under Ohio Rev. Code § 4112 because it is so related to the ADEA claim that it forms part of the same case or controversy under Article III of the United States Constitution.

### Procedure and Venue

8. The United States District Court for the Southern District of Ohio is the proper venue to file this Notice of Removal under 28 U.S.C. § 1441(a) because it is the federal district court that embraces Hamilton County, Ohio, the place where this action was filed.

9. Promptly upon the filing of this Notice of Removal and in accordance with 28 U.S.C. § 1446(d), Defendant will file a Notice of Filing of Notice of Removal, along with a copy of this Notice of Removal, with the Court of Common Pleas for Hamilton County, Ohio, and will serve written notice of the same on counsel for Plaintiff.

**Conclusion**

WHEREFORE Defendant removes this action from the Court of Common Pleas for Hamilton County, Ohio to the United States District Court for the Southern District of Ohio.

Date: October 8, 2021

/s/ Zachary J. Weber
DINSMORE & SHOHL LLP
Zachary J. Weber (0097997)
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
Tel: (513) 832.5348
Fax: (513) 977.8141
Email: Zachary.Weber@DINSMORE.COM

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of October, 2021, a copy of the foregoing document was served via email on the following:

Matthew G. Bruce
Evan R. McFarland
Brianna R. Carden
THE SPITZ LAW FIRM, LLC
Spectrum Office Tower
11260 Chester Road, Suite 825
Cincinnati, OH 45246
Matthew.Bruce@SpitzLawFirm.com
Evan.McFarland@SpitzLawFirm.com
Brianna.Carden@SpitzLawFirm.com

ATTORNEYS FOR PLAINTIFF

/s/ Zachary J. Weber
ATTORNEY FOR DEFENDANT