# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| WILLIAM BRODBECK, | ) | CASE NO. 1:21-CV-00652 |
| | ) | |
| Plaintiff, | ) | JUDGE SUSAN J. DLOTT |
| | ) | |
| v. | ) | |
| | ) | |
| MARYLAND MARKETSOURCE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(A)(1)(a)(i), Plaintiff William Brodbeck, through counsel, hereby gives notice to this Court of his dismissal of claims in this case, without prejudice.

Respectfully submitted,

*/s/ Brianna R. Carden*
Matthew G. Bruce (0083769)
Brianna R. Carden (0097961)
**THE SPITZ LAW FIRM, LLC**
Spectrum Office Tower
11260 Chester Road, Suite 825
Cincinnati, OH 45246
Phone: (216) 291-4744 ext. 181
Fax: (216) 291-5744
Matthew.Bruce@SpitzLawFirm.com
Brianna.Carden@SpitzLawFirm.com

*Attorneys for Plaintiff*

1